

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D

DEC 2 8 2005

J. T. NOBLIN, CLERK
BY_____DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DIVISION OF MISSISSIPPI
JACKSON DIVISION

DEBRA HONEA                                                                          PLAINTIFF

VS.                                                             CIVIL ACTION NO. 3:04cv522WS

J.B. HUNT TRANSPORT SERVICES, INC.,
A SELF-INSURED and JOHN DOES
A THROUGH E                                                                      DEFENDANTS

## FINAL JUDGMENT

This Court, finding that it has jurisdiction over the subject matter and the persons of all parties

involved, granted J.B. Hunt Transport Services, Inc.'s Motion for Summary Judgment on November

29, 2005. Accordingly, it is appropriate that final judgment be entered for the Defendants, and all costs

be assessed to the Plaintiff, Debra Honea.

IT IS, THEREFORE, ORDERED AND ADJUDGED that final judgment is entered for

Defendant J.B. Hunt Transport Services, Inc., Defendant J.B. Hunt Transport Services, Inc. is dismissed

from the instant matter with prejudice, and that all costs be assessed to the Plaintiff, Debra Honea.

SO ORDERED, this the 22nd day of December, 2005.

s/ HENRY T. WINGATE

CHIEF UNITED STATES DISTRICT JUDGE

Submitted by:

/s/  David C. Dunbar
David C. Dunbar, Esq.
Morton W. Smith, Esq.
DunbarMonroe, PLLC
1855 Lakeland Drive, Suite R-201
Jackson, Mississippi 39216
Tel: 601-366-1805
Fax: 601-366-1885